No. 86–357.   AMERICAN TRUCKING ASSNS., INC., ET AL. v. SCHEINER, SECRETARY, DEPARTMENT OF REVENUE OF PENN-

SYLVANIA, ET AL. Sup. Ct. Pa. [Probable jurisdiction noted, 479 U. S. 947.] Motion of Canadian Trucking Association for leave to file a brief as *amicus curiae* granted.